IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT J. COLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3065 |
| | ) | |
| v. | ) | |
| | ) | |
| GIBBON PACKING, LLC, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for extension of deadline, filing no. 14, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to June 13, 2009.

DATED this 13th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge