IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT J. COLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3065 |
| | ) | |
| V. | ) | |
| | ) | |
| GIBBON PACKING, LLC, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Plaintiff's unopposed motion for dismissal with prejudice (filing 24) and Fed. R. Civ. P. 41,

IT IS ORDERED that the above-captioned case is dismissed with prejudice, with each party to pay his or its own costs.

September 1, 2009.

BY THE COURT:
*Richard G. Kopf*
United States District Judge